# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| RICKEY S. CARTER | : | NO: **19-71228** jtl |
| | : | |
| | : | CHAPTER 7 PROCEEDING |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Debtor(s) Statement of Intentions. Those not served by electronic means by the court's electronic filing system have been served by either first class mail or by electronic mail this 10th day of October, 2019.

Robert Matson
Chapter 7 Trustee

Bank of Alapaha
P.O. Box 45
Alapaha, GA 31622

Farmers & Merchants Bank
110 Carter Street
Lakeland, GA 31635

Kubota Credit Corp.
Attn: Bankruptcy
P.O. Box 2046
Grapevine, TX 76099

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd.
Coppell, TX 75019

Wells Fargo Home Mortgage
Attn: Bankruptcy
MAC#:2302-04E
P.O. Box 10335
Des Moines, IA 50306

/s/ Thomas D. Lovett
THOMAS D. LOVETT, Attorney for Debtor(s)
P.O. Box 1164
Valdosta, GA 31603
(229) 242-8838
State Bar No. 459571

**Fill in this information to identify your case:**

Debtor 1  **Rickey S. Carter**
         First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF GEORGIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of Alapaha**<br><br>Description of property securing debt: **235 Walton Way, Nashville, GA, 529 Jackson Circle, Lake Park, GA; 44.5 acres in Echols County, GA; 2.31 acres, Berrien County, GA** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Bank of Alapaha**<br><br>Description of property securing debt: **2016 Hurricane 201 Boat, 2016 Yamaha motor; 2016 Roadking Trailer** Boat, motor, and trailer | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Bank of Alapaha** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br>☐ Yes |

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7              page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor 1    **Rickey S. Carter**                                        Case number (if known)

| | | |
|---|---|---|
| Description of property securing debt: | 235 Walton Way, Nashville, GA; 529 Jackson Circle, Lake Park, GA; 44.5 Acre parcel in Echols, GA | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: |

| | | | |
|---|---|---|---|
| Creditor's name: | **Bank of Alapaha** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | CD @ $50,000 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Farmers & Merchants Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 4342 North Valdosta Rd., Valdosta, GA; 4487 Val North Drive, Valdosta, GA; 807 Tifton Highway, Nashville, GA | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Kubota Credit Corp** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2016 Kubota ATV owned by Nashville Tractor, Inc. | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Kubota Credit Corp** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2016 Kubota Tractor owned by Nashville Tractor, Inc. | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Mr. Cooper** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 2116 Dogwood Rd. Valdosta, GA 31602  Lowndes County | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | 235 Walton Way Nashville, GA 31639  Berrien County | | |

**Part 2:**    **List Your Unexpired Personal Property Leases**

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**                       page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 19-71228    Doc 6    Filed 10/10/19    Entered 10/10/19 11:28:40    Desc Main
Case 19-71228    Doc 1    Filed 10/09/19    Entered 10/09/19 15:39:54    Desc Main
         Document      Page 4 of 5
         Document      Page 84 of 95

10/09/19 3:35PM

Debtor 1   **Rickey S. Carter** _____   Case number *(if known)* _____

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Debtor 1    **Rickey S. Carter**                                    Case number *(if known)*

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Rickey S. Carter**                                    X  _____
     **Rickey S. Carter**                                              Signature of Debtor 2
     Signature of Debtor 1

Date    **October 9, 2019**                                       Date  _____

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 4
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy