UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

IN RE: ) CASE NO. 19-71228 JTL
)
RICKEY S. CARTER )
)
DEBTOR ) CHAPTER 7

## ABANDONMENT OF PROPERTY OF THE ESTATE

After Notice and opportunity to object, Robert M. Matson, Trustee of the estate of the above-named Debtor, has determined that the following property is burdensome to the estate:

## PROPERTY DESCRIPTION

1. 235 Walton Way, Nashville, GA 31639 (Asset 1.1 on Amended Schedule A/B) with a scheduled value of $400,000.00.
2. 529 Jackson Circle, Valdosta, GA 31602 (Asset 1.2 on Amended Schedule A/B) with a scheduled value of $475,000.00.
3. 44.5 acres on Bonnie Lane, Lake Park, GA 31636 (Asset 1.6 on Amended Schedule A/B) with a scheduled value of $100,000.00.
4. Lot 19, White Pond Estates, Berrien County, GA (Asset 1.9 on Amended Schedule A/B) with a scheduled value of $5,000.00.
5. 2016 Hurricane SS boat, 2016 Yamaha outboard motor and 2016 Road King Trailer (Asset 4.1 on Amended Schedule A/B) with a scheduled value of $20,000.00.
6. Whole life insurance policy issued by Investors Life Insurance Company of North America (4th policy listed on Asset 31 on Amended Schedule A/B) with a scheduled value of $13,826.00.
7. Term life insurance policy issued by Federated Insurance Company (6th policy listed on Asset 31 on Amended Schedule A/B) with a scheduled value of $0.00.
8. 100% membership interest in Nashville Tractor, Inc. (Asset 19 on Amended Schedule A/B) with a scheduled value of $0.00.
9. 100% membership interest in Nashville Rentals, Inc. (Asset 19 on Amended Schedule A/B) with a scheduled value of $0.00.

Items one through seven are pledged to the Bank of Alapaha and cannot be liquidated to realize a benefit for the estate. The Trustee is also abandoning all of these assets to avoid potential adverse tax consequences to the estate. Now, therefore, pursuant

to the powers vested in 11 U.S.C. § 554(a), Robert M. Matson abandons the above-described property to the extent that it is property of the estate.

This 19th day of November, 2019.

                                                    /s/ Robert M. Matson

Akin, Webster & Matson, P.C.       Robert M. Matson
P.O. Box 1773                           Chapter 7 Trustee
Macon, GA 31202                    State Bar No. 477102
(478) 742-1889
rmatson@akin-webster.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-72118 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## CERTIFICATE OF SERVICE

This certifies that I served a copy of the Abandonment of Property of the Estate on **Thomas D. Lovett** and the **Office of the United States Trustee** via CM/ECF electronic notice and on all interested parties listed in the attached matrix by depositing it in the US Mail in a properly addressed envelope with adequate postage attached.

This 19th day of November, 2019.

                                                                                /s/ Robert M. Matson

Akin, Webster & Matson, P.C.        Robert M. Matson
P.O. Box 1773                                  Chapter 7 Trustee
Macon, GA 31202                         State Bar No. 477102
(478) 742-1889
rmatson@akin-webster.com

```
Label Matrix for local noticing        CNH Industrial Capital America, LLC    Diversified Financial Services, LLC
113G-7                                  c/o John T. McGoldrick, Jr.            c/o Joseph W. Dent
Case 19-71228                           P.O. Box 1606                          320 Residence Avenue
Middle District of Georgia              Macon, GA 31202-1606                   P.O. Box 2008
Valdosta                                                                       Albany, GA 31702-2008
Tue Nov 19 10:08:02 EST 2019

(p)FARMERS AND MERCHANTS BANK GA        Weeks Farm Machinery Auction, Inc.     7
3303 INNER PERIMETER ROAD               c/o David L. Bury, Jr.                 901 Front Avenue
VALDOSTA GA 31602-7094                  Stone & Baxter, LLP                    P.O. Box 2147
                                        577 Mulberry Street, Suite 800         Columbus, GA 31902-2147
                                        Macon, GA 31201-8256

#Georgia Dept. of Revenue               A&I Products                           Ag-Pro Companies
Compliance Division                     25639 Network Plance                   P.O. Box 95
ARCS-Bankruptcy                         Chicago, IL 60673-1256                 Boston, GA 31626-0095
1800 Century Blvd., NE, Suite 9100
Atlanta, GA 30345-3205

Alamo Group                             Alexander's Replacement Parts          Amex
P.O. Box 840341                         P.O. Box 28                            Correspondence/Bankruptcy
Dallas, TX 75284-0341                   Winnsboro, TX 75494-0028               Po Box 981540
                                                                               El Paso, TX 79998-1540

Amex                                    Ansung-USA, LLC                        Atlantic Qual.
Po Box 297871                           1402 Dunn Drive Suite 110              P.O. Box 8878
Fort Lauderdale, FL 33329-7871          Carrollton, TX 75006-6927              Carol Stream, IL 60197-8878

Bad Boy Inc.                            Bank of Alapaha                        Bank of Alapaha
102 Industrial Drive                    P.O. Box 45                            c/o Karl E. Osmus
Batesville, AR 72501-9776               Alapaha, GA 31622-0045                 1010 Williams Street
                                                                               Valdosta, Georgia 31601-4039

Basic Software Sytems                   Bell, Inc.                             Bennett International Logistic
905 North Kings Highway                 P.O. Box 223                           P.O. Box 100004
Texarkana, TX 75501-2201                Inverness, MS 38753-0223               McDonough, GA 30253-9304

Blue Diamond Attachments                Brown Manufacturing                    Bush Hog, LLC
4512 Anderson Rd.                       6001 E. Hwy 27                         P.O. Box 277213
Knoxville, TN 37918-2713                Ozark, AL 36360-3965                   Atlanta, GA 30384-7213

CNH Capital America LLC                 CNH Industrial Capital America, LLC    CNH Industrial Capital America, LLC
233 Lake Avenue                         19500 N. 1425 East Rd.                 c/o John T. McGoldrick, Jr.
Racine, WI 53403-1015                   Hudson, IL 61748-7630                  P.O. Box 1606
                                                                               Macon, Georgia 31202-1606

Card Assets Llc                         Cathy Walker                           Chase Card Services
600 W Main                              123 Bonnie Lane                        Attn: Bankruptcy
Jacksonville, AR 72076-4432             Lake Park, GA 31636-5607               Po Box 15298
                                                                               Wilmington, DE 19850-5298
```

| | | |
|---|---|---|
| Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Cinta Corp #220<br>P.O. Box 360910<br>Cincinnati, OH 45263-0910 | Coleman Talley, LLP<br>c/o Mark Gilbert<br>P.O. Box 5437<br>Valdosta, GA 31603-5437 |
| Colonial Life Premium Process<br>P.O. Box 903<br>Columbia, SC 29202-0903 | Community Coffee Company<br>P.O. Box 679510<br>Dallas, TX 75267-9510 | Cowart & Son Storage<br>2317 Old Clyattville RD.<br>Valdosta, GA 31601-1235 |
| David M. Wolfson, P.C.<br>c/o Karl Osmus<br>1010 Williams Street<br>Valdosta, GA 31601-4039 | Davis, Pickren, Seydel & Sneed<br>c/o Patrick Sneed<br>285 Peachtree Center Avenue Suite 2300<br>Atlanta, GA 30303-1232 | Diamond Mowers Inc.<br>P.O. Box 85030<br>Sioux Falls, SD 57118-5030 |
| Dirt Dog Manufacturing<br>2405 US 441 South<br>Commerce, GA 30529-4889 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dish Network<br>PO Box 9033<br>Littleton, CO 80160-9033 |
| Diversified Financial Services<br>P.O. Box 30040<br>Omaha, NE 68103-1140 | Diversified Financial Services, LLC<br>c/o Joseph W. Dent<br>Watson Spence LLP<br>P. O. Box 2008<br>Albany, GA 31702-2008 | EMC Insurance Companies<br>P.O. Box 219225<br>Kansas City, MO 64121-9225 |
| Elizabeth A. Hardy<br>440 Martin Luther King Jr. Blvd.<br>Room 302<br>Macon, GA 31201-7987 | Engine Power Source<br>P.O. Box 36190<br>Rock Hill, SC 29732-0502 | Farmers and Merchants Bank<br>c/o Mark A. Gilbert<br>Coleman Talley LLP<br>P.O. Box 5437<br>Valdosta, GA 31603-5437 |
| Fausett Oil Company<br>P.O. Box 266<br>Nashville, GA 31639-0266 | Gardner of Florida Ltd.<br>P.O. Box 538176<br>Atlanta, GA 30353-8176 | Georgia Attorney General<br>40 Capital Square SW<br>Atlanta, GA 30334-9057 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Great Plains<br>P.O. Box 226<br>Salina, KS 67402-0226 | Gulf Coast Turf & Tractor<br>404 N. Frontage Rd.<br>Plant City, FL 33563-9188 |
| Henry Mitchem Equipment Co.<br>P.O. Box 490177<br>Leesburg, FL 34749-0177 | Implement Sales<br>1574 Stone Ridge Drive<br>Stone Mountain, GA 30083-1404 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| John T. McGoldrick, Jr.<br>Attorney at Law<br>P.O. Box 1606<br>Macon, GA 31202-1606 | Josh Burke<br>2116 Dogwood Drive<br>Valdosta, GA 31602-2708 | Kelley Manufacturing Co.<br>P.O. Drawer 1467<br>Tifton, GA 31793-1467 |

| | | |
|---|---|---|
| Kimball Midwest<br>Dept. L-2780<br>Columbus, OH 43260-2780 | Kubota Credit Corp<br>1000 Kubota Dr<br>Grapevine, TX 76051-2334 | Kubota Credit Corp<br>Attn: Bankruptcy<br>Po Box 2046<br>Grapevine, TX 76099-2046 |
| LMC-AG, LLC<br>P.O. Drawer 3608<br>Albany, GA 31706-3608 | Land Pride<br>P.O. Box 204183<br>Dallas, TX 75320-4183 | Landoll Corporation<br>P.O. Box 469<br>Marysville, KS 66508-0469 |
| Lane Shark USA LLC<br>4600 Highway 97A<br>Mc David, FL 32568-1439 | Langdale Fuel Company<br>P.O. Box 0746<br>Valdosta, GA 31603-0746 | Lisa Carter<br>235 Walton Way<br>Nashville, GA 31639-6455 |
| Loftness Specialized Eq Inc.<br>P.O. Box 337<br>Hector, MN 55342-0337 | Lovett & Tharpe<br>P.O. Box 190<br>Dublin, GA 31040-0190 | Mastercraft<br>333 Southwell Blvd.<br>Tifton, GA 31794-8828 |
| Monroe Tufline Manufacturing Co.<br>P.O. Box 7755<br>Columbus, MS 39705-0004 | Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Nashville Tractor, Inc.<br>807 Tifton Rd.<br>Nashville, GA 31639-8704 | Nichols Tillage Tools, Inc.<br>312 Hereford Avenue<br>Sterling, CO 80751-8472 | Northside Automotive<br>P.O. Box 698<br>Valdosta, GA 31603-0698 |
| Paladin Brands Group, Inc.<br>7194 Solution Center<br>Chicago, IL 60677-7001 | Ricoh<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | Rotary Corporation<br>P.O. Box 930216<br>Atlanta, GA 31193-0216 |
| Royal Brass and Hose<br>P.O. Box 51468<br>Knoxville, TN 37950-1468 | Safety-Kleen Corp.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | Shell Credit Card<br>P.O. Box 183019<br>Columbus, OH 43218-3019 |
| Southern Marketing Affil.<br>P.O. Box 2247<br>Jonesboro, AR 72402-2247 | Sparex Inc.<br>1500 North Raddant Rd.<br>Batavia, IL 60510-1377 | Stihl Southeast, Inc.<br>2304 W. Taft Vineland Rd.<br>Orlando, FL 32837-7837 |
| Studstill Firm, LLP<br>Attn: Danny Studstill<br>P. O. Box 647<br>Nashville, GA 31639-0647 | Tag Manufacturing, Inc.<br>P.O. Box 23667<br>Chattanooga, TN 37422-3667 | Tarver Sales<br>84636 Highway 25<br>Folsom, LA 70437-5826 |

| | | |
|---|---|---|
| The Perry Company<br>500 S. Valley Mills Drive<br>Waco, TX 76711-1176 | U. S. Securities and Exchange Commission<br>Atlanta Regional Office<br>Reorganization Branch<br>950 East Paces Ferry Rd NE., Ste. 900<br>Atlanta, GA 30326-1382 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | United States Attorney<br>Attn: Barbara Parker<br>Post Office Box 1702<br>Macon, GA 31202-1702 | VISA<br>P.O. Box 30131<br>Tampa, FL 33630-3131 |
| Valmont Industries, Inc.<br>P.O. Box 96969<br>Chicago, IL 60693-6969 | Vans Equipment Co. Inc.<br>P.O. Box 3157<br>Moultrie, GA 31776-3157 | WR Long, Inc.<br>P.O. Box 460<br>Tarboro, NC 27886-0460 |
| Weeks Farm Machinery Auction, Inc.<br>c/o Dedra Varnadoe<br>2186 Sylvester Highway<br>Moultrie, GA 31768-7100 | Wells Fargo Home Mor<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 |
| Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | Woods/Alloway<br>P.O. Box 91736<br>Chicago, IL 60693-1736 | Rickey S. Carter<br>235 Walton Way<br>Nashville, GA 31639-6455 |
| Robert M. Matson<br>Chapter 7 Trustee<br>P.O. Box 309<br>Macon, GA 31202-0309 | Thomas D. Lovett<br>Kelley, Lovett, Blakey and Sanders, P.C.<br>P.O. Box 1164<br>2912-B North Oak Street<br>Valdosta, GA 31602-5919 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers and Merchants Bank<br>PO Box 187<br>Lakeland, GA 31635 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 |
| (d)Farmers & Merchants Bank<br>110 Carter St<br>Lakeland, GA 31635 | Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Bank of Alapaha

(d) Weeks Farm Machinery Auction, LLC
c/o David L. Bury, Jr.
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, GA 31201-8256

End of Label Matrix
Mailable recipients   106
Bypassed recipients     2
Total                 108