**SO ORDERED.**

**SIGNED this 27 day of November, 2019.**



_____
John T. Laney, III
United States Bankruptcy Judge

**United States Bankruptcy Court**
For the Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In the matter of: ) | Chapter 7 |
| ) | |
| Rickey S. Carter, ) | Case Number 19-71228-JTL |
| ) | |
| Debtor(s). ) | |
| ) | |
| Bank of Alapaha, ) | |
| ) | |
| Movant ) | |
| ) | |
| V. ) | |
| ) | |
| Rickey S. Carter, ) | |
| Debtor(s). ) | |

**AMENDED ORDER LIFTING THE AUTOMATIC STAY**

The above Motion having been set down for hearing on November 13th, 2019, and at the call of the calendar there being no opposition; it is hereby:

ORDERED, that the automatic stay of 11 U.S.C. §362 is hereby terminated to the extent

necessary for Movant to pursue its state law rights against its collateral: real property commonly known as 235 Walton Way, Nashville, GA 31639; Lot 19, White Pond Estates, Berrien County, GA; 529 Jackson Circle, Lake Park, GA 31639; 44.5 acres on Bonnie Lane, Lake Park, GA 31636; 2016 Hurricane SS Watercraft, 2016 Yamaha F150XB Outboard Motor and 2016 Road King Trailer; Whole Life Insurance Policy issued by Investors Life Insurance Company of North America; Term Life Policy issued byFederated Insurance Company; 2019 Reflection 25BH Travel Trailer.

FURTHER ORDERED, that Debtor may execute a Deed-in-Lieu of Foreclosure conveying to Movant the real property described herein.

This Order shall take effect fourteen (14) days after the 341(a) meeting of creditors is held.

This Motion is continued to December 18th 2019, at 10:30 am, as to the 2019 Travel Trailer.

Consented By:

/s/ Karl E. Osmus
Karl E. Osmus
Attorney for Movant
Georgia Bar No. 555129
1010 Williams Street
Valdosta, Georgia 31601
karlosmus@aol.com
(229) 257-0080

/s/ Thomas D. Lovett
Thomas D. Lovett
Kelly, Lovett, Blakey & Sanders
Attorney for Debtor
P.O. Box 1164
Valdosta, GA 31602
tlovett@kellylovett.com
(229) 242-8838

**END OF DOCUMENT**