UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-71228 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

### NOTICE OF MOTION TO SURRENDER AND LIQUIDATE LIFE INSURANCE POLICY

ROBERT M. MATSON, TRUSTEE HAS FILED DOCUMENTS TO APPROVE THE SURRENDER AND LIQUIDATE THE DEBTOR'S UNIVERSAL LIFE INSURANCE POLICY ISSUED BY FEDERATED LIFE INSURANCE COMPANY.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant or at the Clerk's office.

If you do not want the Court to grant the motion to liquidate and surrender the Debtor's life insurance policy or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **December 24, 2019**, pursuant to Fed.R.Bankr.P.9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court, Middle District of Georgia, P.O. Box 2147, Columbus, GA 31902 (706) 649-7827.

**If an objection or response is filed a hearing on the motion shall be held on January 22, 2020 at 10:30 a.m. at The United States Courthouse, 401 North Patterson Street, Valdosta, GA 31601.**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the date stated above.

Any response or objection shall also be served on the movant

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 6004-1.

    This **3rd** day of **December, 2019.**

|  |  |
|---|---|
|  | /s/ Robert M. Matson |
| Akin, Webster & Matson, P.C. | Robert M. Matson |
| P.O. Box 1773 | Chapter 7 Trustee |
| Macon, GA 31202 | State Bar No. 477102 |
| (478) 742-1889 | |
| rmatson@akin-webster.com | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-71228 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## MOTION TO SURRENDER AND LIQUIDATE LIFE INSURANCE POLICY

Robert M. Matson, duly appointed Trustee in the above referenced case, files his Motion to Surrender and Liquidate Life Insurance Policy ("Motion") pursuant to 11 U.S.C. § 363(b)(1) and shows the Court the following:

1.

This Court has subject matter jurisdiction over this case and contested matter pursuant to 28 U.S.C. § 1334.

2.

The Court has personal jurisdiction over the Debtor via consent.

3.

Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4.

This contested matter arises out of and relates to the Debtor's chapter 7 case. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N) and a contested matter pursuant to Fed.R.Bankr.P. 7001.

5.

The Debtor filed a chapter 7 bankruptcy in this Court on October 9, 2019. Robert M. Matson ("Trustee") is the duly appointed trustee in this case pursuant to 11 U.S.C. § 702(d).

6.

The Debtor listed a life insurance policy in his amended schedule A/B issued by Federated Life Insurance Company ("Federated Life") with a surrender value of $26,703.07. The life insurance policy issued by Federated is referenced as policy no. XXX062 and has a cash surrender value of $26,707.00 ("Policy").

7.

The Debtor has not claimed an exemption in the Policy, and the Policy has not been assigned as collateral.

8.

The Trustee seeks to liquidate the Policy by requesting the surrender of the Policy with Federated. A copy of the surrender form that will be completed and submitted to Federated with respect to the Policy, if approved, is attached as Exhibit "A". Upon receipt of the surrender form with respect to the Policy, Federated will terminate the Policy and remit the available cash value to the Trustee. Federated will not reinstate the Policy.

9.

The liquidation of Policy will not generate taxable income to the estate, and the Trustee is unaware of any other costs associated with the liquidation of the Policy.

10.

It is the Trustee's position that surrender and liquidation of the Policy will benefit the estate and should be approved by the Court.

Wherefore, the Trustee prays that the Court grant his Motion and enter an order allowing the Trustee to liquidate the Policy issued by Federated. Pursuant to Fed.R.Bankr.P. 6004(f)(2), the Trustee also requests permission to execute and submit any document necessary to effectuate the liquidation of the Policy including but not limited to the Request for Policy Surrender form attached as Exhibt "A". The Trustee also requests a waiver of the fourteen (14) day stay pursuant to Fed.R.Bankr.P. 6004(h).

This **3rd** day of **December, 2019.**

|  |  |
|---|---|
| Akin, Webster & Matson, P.C.<br>P.O. Box 1773<br>Macon, GA 31202<br>(478) 742-1889<br>rmatson@akin-webster.com | /s/ Robert M. Matson<br>Robert M. Matson<br>Chapter 7 Trustee<br>State Bar No. 477102 |

## Loan/Partial Surrender/Surrender Form

| Insured's Name: RICKEY S. CARTER | Policy Number: |
|---|---|
| Owner's Name: RICKEY S. CARTER | Owner's Tax ID #: X |

**MEC NOTICE:** If your policy is a Modified Endowment Contract (MEC), as defined in the Technical and Miscellaneous Revenue Act of 1988 (TAMRA), policy loans, partial surrenders, collateral assignments and surrenders will be taxed as income to the extent that there is gain in the policy. There is gain in the policy if your cash values exceed your investment in the policy (generally the premiums paid). In addition, you must pay a 10% penalty on the taxable portion of any policy loan, partial surrender, collateral assignment or surrender before the taxpayer's age 59½.

○ **PARTIAL SURRENDER**\*\*– (Enter amount below\*)
○ **LOAN** – (Enter amount below\*)

In consideration of the policy loan of the amount below, the undersigned hereby assigns all policy interest to Insurer as sole security for the loan. The loan is made subject to the terms of the policy, including interest on the debt.

**\*AMOUNT OF LOAN/PARTIAL SURRENDER**
○ Maximum amount available
○ $ _____ or maximum amount available, whichever is less.
○ Maximum amount minus the amount necessary to keep the policy in force for three (3) years, based on current assumptions.
○ **PARTIAL SURRENDER**\*\* to Pay Off Existing Loan

\*\*Fee applies to Partial Surrender – See Policy for amount

○ **FULL SURRENDER:**

I hereby SURRENDER my **enclosed**\* policy. I understand this ends all coverage under this policy.

\*If the policy is not attached, it has been lost or destroyed. I hereby agree (on behalf of my heirs, assignees, and legal representatives, or any other person claiming rights through me) to indemnify Federated Life Insurance Company against any claim which may be asserted against Federated on the basis of this policy and to reimburse Federated for any payment it may make or expense it may incur, with respect to any such claim.

**FEDERAL INCOME TAX WITHHOLDING NOTICE AND ELECTION**

Federated Life is required to withhold 10% from the taxable portion of certain life insurance payments unless you elect below **not** to have Federal Income taxes withheld from such payments. You are liable for payment of federal income tax on the taxable portion of this payment whether or not you elect to withhold.
○ I **do not** want Federal Income tax withheld.

**SPECIAL PAYMENT INSTRUCTIONS:**
Payment will be made to the Policyowner (and Collateral Assignee, if applicable) unless you indicate otherwise below.
Pay to: _____   Address: _____

I hereby warrant that no other person or entity has any claim against this policy.

| X_____ Witness Signature | X_____ Date | X_____ Policyowner Signature (Individual) |
|---|---|---|
| X_____ Printed Name | | X_____ Printed Name |

| | | Trust or Entity Name (Print Name) |
|---|---|---|
| | | By: |
| _____ Witness Signature | _____ Date | _____ Authorized Signature and Title |
| _____ Printed Name | | _____ Printed Name |

| | | **ROBERT M MATSON CHAPTER 7 TRUSTEE** |
|---|---|---|
| | | Collateral Assignee or Irrevocable Beneficiary (Print Name) |
| X_____ Witness Signature | X_____ Date | By: X_____ Authorized Signature and Title |
| X_____ Printed Name | | X_____ Printed Name |

RETURN TO: Federated Life Insurance Company, Policyowner Service Department
**Life Fax Number: 507-446-4726**
**Annuity Fax Number: 507-446-4727**

L-69F Ed. 6-05


EXHIBIT 4

(Rev. 09-09)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-71228 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Motion to Surrender and Liquidate Life Insurance Policy and Motion to Surrender and Liquidate Life Insurance Policy on all interested parties listed on the attached mailing list by mailing a true and correct copy of the same in a properly addressed envelope with sufficient postage affixed thereto:

This **3rd** day of **December, 2019.**

|  |  |
|---|---|
| | /s/ Robert M. Matson |
| Akin, Webster & Matson, P.C. | Robert M. Matson |
| P.O. Box 1773 | Chapter 7 Trustee |
| Macon, GA 31202 | State Bar No. 477102 |
| (478) 742-1889 | |
| rmatson@akin-webster.com | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 19-71228<br>Middle District of Georgia<br>Valdosta<br>Tue Dec 3 12:13:17 EST 2019 | CNH Industrial Capital America, LLC<br>c/o John T. McGoldrick, Jr.<br>P.O. Box 1606<br>Macon, GA 31202-1606 | Diversified Financial Services, LLC<br>c/o Joseph W. Dent<br>320 Residence Avenue<br>P.O. Box 2008<br>Albany, GA 31702-2008 |
| (p)FARMERS AND MERCHANTS BANK GA<br>3303 INNER PERIMETER ROAD<br>VALDOSTA GA 31602-7094 | Weeks Farm Machinery Auction, Inc.<br>c/o David L. Bury, Jr.<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA 31201-8256 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 |
| #Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | A&I Products<br>25639 Network Plance<br>Chicago, IL 60673-1256 | Ag-Pro Companies<br>P.O. Box 95<br>Boston, GA 31626-0095 |
| Alamo Group<br>P.O. Box 840341<br>Dallas, TX 75284-0341 | Alexander's Replacement Parts<br>P.O. Box 28<br>Winnsboro, TX 75494-0028 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Ansung-USA, LLC<br>1402 Dunn Drive Suite 110<br>Carrollton, TX 75006-6927 | Atlantic Qual.<br>P.O. Box 8878<br>Carol Stream, IL 60197-8878 |
| Bad Boy Inc.<br>102 Industrial Drive<br>Batesville, AR 72501-9776 | Bank of Alapaha<br>P.O. Box 45<br>Alapaha, GA 31622-0045 | Bank of Alapaha<br>c/o Karl E. Osmus<br>1010 Williams Street<br>Valdosta, Georgia 31601-4039 |
| Basic Software Sytems<br>905 North Kings Highway<br>Texarkana, TX 75501-2201 | Bell, Inc.<br>P.O. Box 223<br>Inverness, MS 38753-0223 | Bennett International Logistic<br>P.O. Box 100004<br>McDonough, GA 30253-9304 |
| Blue Diamond Attachments<br>4512 Anderson Rd.<br>Knoxville, TN 37918-2713 | Brown Manufacturing<br>6001 E. Hwy 27<br>Ozark, AL 36360-3965 | Bush Hog, LLC<br>P.O. Box 277213<br>Atlanta, GA 30384-7213 |
| CNH Capital America LLC<br>233 Lake Avenue<br>Racine, WI 53403-1015 | CNH Industrial Capital America, LLC<br>19500 N. 1425 East Rd.<br>Hudson, IL 61748-7630 | CNH Industrial Capital America, LLC<br>c/o John T. McGoldrick, Jr.<br>P.O. Box 1606<br>Macon, Georgia 31202-1606 |
| Card Assets Llc<br>600 W Main<br>Jacksonville, AR 72076-4432 | Cathy Walker<br>123 Bonnie Lane<br>Lake Park, GA 31636-5607 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 |

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Cinta Corp #220
P.O. Box 360910
Cincinnati, OH 45263-0910

Coleman Talley, LLP
c/o Mark Gilbert
P.O. Box 5437
Valdosta, GA 31603-5437

Colonial Life Premium Process
P.O. Box 903
Columbia, SC 29202-0903

Community Coffee Company
P.O. Box 679510
Dallas, TX 75267-9510

Cowart & Son Storage
2317 Old Clyattville RD.
Valdosta, GA 31601-1235

David M. Wolfson, P.C.
c/o Karl Osmus
1010 Williams Street
Valdosta, GA 31601-4039

Davis, Pickren, Seydel & Sneed
c/o Patrick Sneed
285 Peachtree Center Avenue Suite 2300
Atlanta, GA 30303-1232

Diamond Mowers Inc.
P.O. Box 85030
Sioux Falls, SD 57118-5030

Dirt Dog Manufacturing
2405 US 441 South
Commerce, GA 30529-4889

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dish Network
PO Box 9033
Littleton, CO 80160-9033

Diversified Financial Services
P.O. Box 30040
Omaha, NE 68103-1140

Diversified Financial Services, LLC
c/o Joseph W. Dent
Watson Spence LLP
P. O. Box 2008
Albany, GA 31702-2008

EMC Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9225

Elizabeth A. Hardy
440 Martin Luther King Jr. Blvd.
Room 302
Macon, GA 31201-7987

Engine Power Source
P.O. Box 36190
Rock Hill, SC 29732-0502

Farmers and Merchants Bank
c/o Mark A. Gilbert
Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 31603-5437

Fausett Oil Company
P.O. Box 266
Nashville, GA 31639-0266

Gardner of Florida Ltd.
P.O. Box 538176
Atlanta, GA 30353-8176

Georgia Attorney General
40 Capital Square SW
Atlanta, GA 30334-9057

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Great Plains
P.O. Box 226
Salina, KS 67402-0226

Gulf Coast Turf & Tractor
404 N. Frontage Rd.
Plant City, FL 33563-9188

Henry Mitchem Equipment Co.
P.O. Box 490177
Leesburg, FL 34749-0177

Implement Sales
1574 Stone Ridge Drive
Stone Mountain, GA 30083-1404

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John T. McGoldrick, Jr.
Attorney at Law
P.O. Box 1606
Macon, GA 31202-1606

Josh Burke
2116 Dogwood Drive
Valdosta, GA 31602-2708

| | | |
|---|---|---|
| Kelley Manufacturing Co.<br>P.O. Drawer 1467<br>Tifton, GA 31793-1467 | Kimball Midwest<br>Dept. L-2780<br>Columbus, OH 43260-2780 | Kubota Credit Corp<br>1000 Kubota Dr<br>Grapevine, TX 76051-2334 |
| Kubota Credit Corp<br>Attn: Bankruptcy<br>Po Box 2046<br>Grapevine, TX 76099-2046 | LMC-AG, LLC<br>P.O. Drawer 3608<br>Albany, GA 31706-3608 | Land Pride<br>P.O. Box 204183<br>Dallas, TX 75320-4183 |
| Landoll Corporation<br>P.O. Box 469<br>Marysville, KS 66508-0469 | Lane Shark USA LLC<br>4600 Highway 97A<br>Mc David, FL 32568-1439 | Langdale Fuel Company<br>P.O. Box 0746<br>Valdosta, GA 31603-0746 |
| Lisa Carter<br>235 Walton Way<br>Nashville, GA 31639-6455 | Loftness Specialized Eq Inc.<br>P.O. Box 337<br>Hector, MN 55342-0337 | Lovett & Tharpe<br>P.O. Box 190<br>Dublin, GA 31040-0190 |
| Master Craft Industrial Equipment<br>333 Southwell Blvd<br>Tifton, GA 31794-8828 | Mastercraft<br>333 Southwell Blvd.<br>Tifton, GA 31794-8828 | Monroe Tufline Manufacturing Co.<br>P.O. Box 7755<br>Columbus, MS 39705-0004 |
| Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nashville Tractor, Inc.<br>807 Tifton Rd.<br>Nashville, GA 31639-8704 |
| Nichols Tillage Tools, Inc.<br>312 Hereford Avenue<br>Sterling, CO 80751-8472 | Northside Automotive<br>P.O. Box 698<br>Valdosta, GA 31603-0698 | Paladin Brands Group, Inc.<br>7194 Solution Center<br>Chicago, IL 60677-7001 |
| Ricoh<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | Rotary Corporation<br>P.O. Box 930216<br>Atlanta, GA 31193-0216 | Royal Brass and Hose<br>P.O. Box 51468<br>Knoxville, TN 37950-1468 |
| Safety-Kleen Corp.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | Shell Credit Card<br>P.O. Box 183019<br>Columbus, OH 43218-3019 | Southern Marketing Affil.<br>P.O. Box 2247<br>Jonesboro, AR 72402-2247 |
| Sparex Inc.<br>1500 North Raddant Rd.<br>Batavia, IL 60510-1377 | Stihl Southeast, Inc.<br>2304 W. Taft Vineland Rd.<br>Orlando, FL 32837-7837 | Studstill Firm, LLP<br>Attn: Danny Studstill<br>P. O. Box 647<br>Nashville, GA 31639-0647 |

Tag Manufacturing, Inc.
P.O. Box 23667
Chattanooga, TN 37422-3667

Tarver Sales
84636 Highway 25
Folsom, LA 70437-5826

The Perry Company
500 S. Valley Mills Drive
Waco, TX 76711-1176


U. S. Securities and Exchange Commission
Atlanta Regional Office
Reorganization Branch
950 East Paces Ferry Rd NE., Ste. 900
Atlanta, GA 30326-1382

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987


United States Attorney
Attn:  Barbara Parker
Post Office Box 1702
Macon, GA 31202-1702

VISA
P.O. Box 30131
Tampa, FL 33630-3131

Valmont Industries, Inc.
P.O. Box 96969
Chicago, IL 60693-6969


Vans Equipment Co. Inc.
P.O. Box 3157
Moultrie, GA 31776-3157

WR Long, Inc.
P.O. Box 460
Tarboro, NC 27886-0460

Weeks Farm Machinery Auction, Inc.
c/o Dedra Varnadoe
2186 Sylvester Highway
Moultrie, GA 31768-7100


Wells Fargo Home Mor
Po Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mortgage
Attn: Written Correspondence/Bankruptcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908


Woods/Alloway
P.O. Box 91736
Chicago, IL 60693-1736

Rickey S. Carter
235 Walton Way
Nashville, GA 31639-6455

Robert M. Matson
Chapter 7 Trustee
P.O. Box 309
Macon, GA 31202-0309


Thomas D. Lovett
Kelley, Lovett, Blakey and Sanders, P.C.
P.O. Box 1164
2912-B North Oak Street
Valdosta, GA 31602-5919



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Farmers and Merchants Bank
PO Box 187
Lakeland, GA 31635

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

(d)Discover Financial
Po Box 15316
Wilmington, DE 19850


(d)Farmers & Merchants Bank
110 Carter St
Lakeland, GA 31635

Georgia Dept. of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd., NE, Suite 9100
Atlanta, GA 30345-3205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of Alapaha | (d)Weeks Farm Machinery Auction, LLC<br>c/o David L. Bury, Jr.<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA 31201-8256 | End of Label Matrix<br>Mailable recipients   108<br>Bypassed recipients     2<br>Total                 110 |