UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-71228 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

**NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

Pursuant to Fed.R.Bankr.P. 6007 and M.D. Ga. LBR 6007-1(b), Robert M. Matson, Trustee of the estate of the above-named Debtor, has determined that the following property is burdensome to the estate and should be abandoned:

**PROPERTY DESCRIPTION**

1. 807 Tifton Road/Highway, Nashville, GA  31639 (Asset 1.3 on Amended Schedule A/B) with a value of $300,000.00.
2. 4342 North Valdosta Road, Valdosta, GA  31602 (Asset 1.4 on Amended Schedule A/B) with a value of $1,200,000.00.
3. 2116 Dogwood Drive, Valdosta, GA  31602 (Asset 1.5 on Amended Schedule A/B) with a value of $57,433.00.
4. 4487 Val North Drive, Valdosta, GA  31602 (Asset 1.10 on Amended Schedule A/B with a value of $350,00.00.

Items one through four are secured by the claim of Farmers and Merchants Bank and have no equity.  The Trustee is also abandoning these assets to reduce the estate's exposure to adverse liability and tax consequences.  Pursuant to 11 U.S.C. § 554(a), Robert M. Matson abandons the above-described properties on December 19, 2019 to the extent that they are property of the estate.

This 19th day of December, 2019.

                                                   /s/ Robert M. Matson

Akin, Webster & Matson, P.C.        Robert M. Matson
P.O. Box 1773                           Chapter 7 Trustee
Macon, GA 31202                    State Bar No. 477102
(478) 742-1889
rmatson@akin-webster.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-71228 JTL |
| | ) | |
| RICKEY S. CARTER | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

## CERTIFICATE OF SERVICE

This certifies that I served a copy of the Notice of Intent to Abandon Property of the Estate on **Thomas D. Lovett** and the **Office of the United States Trustee** via CM/ECF electronic notice and on all interested parties listed in the attached matrix by depositing it in the US Mail in a properly addressed envelope with adequate postage attached.

This 19th day of December, 2019.

      /s/ Robert M. Matson

Akin, Webster & Matson, P.C.      Robert M. Matson
P.O. Box 1773      Chapter 7 Trustee
Macon, GA 31202      State Bar No. 477102
(478) 742-1889
rmatson@akin-webster.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-7<br>Case 19-71228<br>Middle District of Georgia<br>Valdosta<br>Thu Dec 19 14:58:19 EST 2019 | CNH Industrial Capital America, LLC<br>c/o John T. McGoldrick, Jr.<br>P.O. Box 1606<br>Macon, GA 31202-1606 | Diversified Financial Services, LLC<br>c/o Joseph W. Dent<br>320 Residence Avenue<br>P.O. Box 2008<br>Albany, GA 31702-2008 |
| (p)FARMERS AND MERCHANTS BANK GA<br>3303 INNER PERIMETER ROAD<br>VALDOSTA GA 31602-7094 | Weeks Farm Machinery Auction, Inc.<br>c/o David L. Bury, Jr.<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA 31201-8256 | 7<br>901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902-2147 |
| #Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | A&I Products<br>25639 Network Plance<br>Chicago, IL 60673-1256 | Ag-Pro Companies<br>P.O. Box 95<br>Boston, GA 31626-0095 |
| Alamo Group<br>P.O. Box 840341<br>Dallas, TX 75284-0341 | Alexander's Replacement Parts<br>P.O. Box 28<br>Winnsboro, TX 75494-0028 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Ansung-USA, LLC<br>1402 Dunn Drive Suite 110<br>Carrollton, TX 75006-6927 | Arrowhead Electrical Products<br>3705 95th AVe<br>Blaine, MN 55014-3832 |
| Atlantic Qual.<br>P.O. Box 8878<br>Carol Stream, IL 60197-8878 | Bad Boy Inc.<br>102 Industrial Drive<br>Batesville, AR 72501-9776 | Bank of Alapaha<br>P.O. Box 45<br>Alapaha, GA 31622-0045 |
| Bank of Alapaha<br>c/o Karl E. Osmus<br>1010 Williams Street<br>Valdosta, Georgia 31601-4039 | Basic Software Sytems<br>905 North Kings Highway<br>Texarkana, TX 75501-2201 | Bell, Inc.<br>P.O. Box 223<br>Inverness, MS 38753-0223 |
| Bennett International Logistic<br>P.O. Box 100004<br>McDonough, GA 30253-9304 | Blue Diamond Attachments<br>4512 Anderson Rd.<br>Knoxville, TN 37918-2713 | Brown Manufacturing<br>6001 E. Hwy 27<br>Ozark, AL 36360-3965 |
| Bush Hog, LLC<br>P.O. Box 277213<br>Atlanta, GA 30384-7213 | CNH Capital America LLC<br>233 Lake Avenue<br>Racine, WI 53403-1015 | CNH Industrial Capital America, LLC<br>19500 N. 1425 East Rd.<br>Hudson, IL 61748-7630 |
| CNH Industrial Capital America, LLC<br>c/o John T. McGoldrick, Jr.<br>P.O. Box 1606<br>Macon, Georgia 31202-1606 | Card Assets Llc<br>600 W Main<br>Jacksonville, AR 72076-4432 | Cathy Walker<br>123 Bonnie Lane<br>Lake Park, GA 31636-5607 |

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Cinta Corp #220<br>P.O. Box 360910<br>Cincinnati, OH 45263-0910 |
| Coleman Talley, LLP<br>c/o Mark Gilbert<br>P.O. Box 5437<br>Valdosta, GA 31603-5437 | Colonial Life Premium Process<br>P.O. Box 903<br>Columbia, SC 29202-0903 | Community Coffee Company<br>P.O. Box 679510<br>Dallas, TX 75267-9510 |
| Cowart & Son Storage<br>2317 Old Clyattville RD.<br>Valdosta, GA 31601-1235 | David M. Wolfson, P.C.<br>c/o Karl Osmus<br>1010 Williams Street<br>Valdosta, GA 31601-4039 | Davis, Pickren, Seydel & Sneed<br>c/o Patrick Sneed<br>285 Peachtree Center Avenue Suite 2300<br>Atlanta, GA 30303-1232 |
| Diamond Mowers Inc.<br>P.O. Box 85030<br>Sioux Falls, SD 57118-5030 | Dirt Dog Manufacturing<br>2405 US 441 South<br>Commerce, GA 30529-4889 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dish Network<br>PO Box 9033<br>Littleton, CO 80160-9033 | Diversified Financial Services<br>P.O. Box 30040<br>Omaha, NE 68103-1140 |
| Diversified Financial Services, LLC<br>c/o Joseph W. Dent<br>Watson Spence LLP<br>P. O. Box 2008<br>Albany, GA 31702-2008 | EMC Insurance Companies<br>P.O. Box 219225<br>Kansas City, MO 64121-9225 | Elizabeth A. Hardy<br>440 Martin Luther King Jr. Blvd.<br>Room 302<br>Macon, GA 31201-7987 |
| Engine Power Source<br>P.O. Box 36190<br>Rock Hill, SC 29732-0502 | Farmers and Merchants Bank<br>c/o Mark A. Gilbert<br>Coleman Talley LLP<br>P.O. Box 5437<br>Valdosta, GA 31603-5437 | Fausett Oil Company<br>P.O. Box 266<br>Nashville, GA 31639-0266 |
| Gardner of Florida Ltd.<br>P.O. Box 538176<br>Atlanta, GA 30353-8176 | Georgia Attorney General<br>40 Capital Square SW<br>Atlanta, GA 30334-9057 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Great Plains<br>P.O. Box 226<br>Salina, KS 67402-0226 | Gulf Coast Turf & Tractor<br>404 N. Frontage Rd.<br>Plant City, FL 33563-9188 | Henry Mitchem Equipment Co.<br>P.O. Box 490177<br>Leesburg, FL 34749-0177 |
| Implement Sales<br>1574 Stone Ridge Drive<br>Stone Mountain, GA 30083-1404 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John T. McGoldrick, Jr.<br>Attorney at Law<br>P.O. Box 1606<br>Macon, GA 31202-1606 |

| | | |
|---|---|---|
| Josh Burke<br>2116 Dogwood Drive<br>Valdosta, GA 31602-2708 | Kelley Manufacturing Co.<br>P.O. Drawer 1467<br>Tifton, GA 31793-1467 | Kimball Midwest<br>Dept. L-2780<br>Columbus, OH 43260-2780 |
| Kubota Credit Corp<br>1000 Kubota Dr<br>Grapevine, TX 76051-2334 | Kubota Credit Corp<br>Attn: Bankruptcy<br>Po Box 2046<br>Grapevine, TX 76099-2046 | LMC-AG, LLC<br>P.O. Drawer 3608<br>Albany, GA 31706-3608 |
| Land Pride<br>P.O. Box 204183<br>Dallas, TX 75320-4183 | Landoll Corporation<br>P.O. Box 469<br>Marysville, KS 66508-0469 | Lane Shark USA LLC<br>4600 Highway 97A<br>Mc David, FL 32568-1439 |
| Langdale Fuel Company<br>P.O. Box 0746<br>Valdosta, GA 31603-0746 | Lisa Carter<br>235 Walton Way<br>Nashville, GA 31639-6455 | Loftness Specialized Eq Inc.<br>P.O. Box 337<br>Hector, MN 55342-0337 |
| Lovett & Tharpe<br>P.O. Box 190<br>Dublin, GA 31040-0190 | Master Craft Industrial Equipment<br>333 Southwell Blvd<br>Tifton, GA 31794-8828 | Mastercraft<br>333 Southwell Blvd.<br>Tifton, GA 31794-8828 |
| Monroe Tufline Manufacturing Co.<br>P.O. Box 7755<br>Columbus, MS 39705-0004 | Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Nashville Tractor, Inc.<br>807 Tifton Rd.<br>Nashville, GA 31639-8704 | Nichols Tillage Tools, Inc.<br>312 Hereford Avenue<br>Sterling, CO 80751-8472 | Northside Automotive<br>P.O. Box 698<br>Valdosta, GA 31603-0698 |
| Paladin Brands Group, Inc.<br>7194 Solution Center<br>Chicago, IL 60677-7001 | Ricoh<br>P.O. Box 740540<br>Atlanta, GA 30374-0540 | Rotary Corporation<br>P.O. Box 930216<br>Atlanta, GA 31193-0216 |
| Royal Brass and Hose<br>P.O. Box 51468<br>Knoxville, TN 37950-1468 | Safety-Kleen Corp.<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | Shell Credit Card<br>P.O. Box 183019<br>Columbus, OH 43218-3019 |
| Southern Marketing Affil.<br>P.O. Box 2247<br>Jonesboro, AR 72402-2247 | Sparex Inc.<br>1500 North Raddant Rd.<br>Batavia, IL 60510-1377 | Stihl Southeast, Inc.<br>2304 W. Taft Vineland Rd.<br>Orlando, FL 32837-7837 |

| | | |
|---|---|---|
| Studstill Firm, LLP<br>Attn: Danny Studstill<br>P. O. Box 647<br>Nashville, GA 31639-0647 | Tag Manufacturing, Inc.<br>P.O. Box 23667<br>Chattanooga, TN 37422-3667 | Tarver Sales<br>84636 Highway 25<br>Folsom, LA 70437-5826 |
| The Perry Company<br>500 S. Valley Mills Drive<br>Waco, TX 76711-1176 | U. S. Securities and Exchange Commission<br>Atlanta Regional Office<br>Reorganization Branch<br>950 East Paces Ferry Rd NE., Ste. 900<br>Atlanta, GA 30326-1382 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | United States Attorney<br>Attn:  Barbara Parker<br>Post Office Box 1702<br>Macon, GA 31202-1702 | VISA<br>P.O. Box 30131<br>Tampa, FL 33630-3131 |
| Valmont Industries, Inc.<br>P.O. Box 96969<br>Chicago, IL 60693-6969 | Vans Equipment Co. Inc.<br>P.O. Box 3157<br>Moultrie, GA 31776-3157 | WR Long, Inc.<br>P.O. Box 460<br>Tarboro, NC 27886-0460 |
| Weeks Farm Machinery Auction, Inc.<br>c/o Dedra Varnadoe<br>2186 Sylvester Highway<br>Moultrie, GA 31768-7100 | Wells Fargo Home Mor<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mortgage<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 |
| Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | Woods/Alloway<br>P.O. Box 91736<br>Chicago, IL 60693-1736 | Rickey S. Carter<br>235 Walton Way<br>Nashville, GA 31639-6455 |
| Robert M. Matson<br>Chapter 7 Trustee<br>P.O. Box 309<br>Macon, GA 31202-0309 | Thomas D. Lovett<br>Kelley, Lovett, Blakey and Sanders, P.C.<br>P.O. Box 1164<br>2912-B North Oak Street<br>Valdosta, GA 31602-5919 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers and Merchants Bank<br>PO Box 187<br>Lakeland, GA 31635 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 |
| (d)Farmers & Merchants Bank<br>110 Carter St<br>Lakeland, GA 31635 | Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of Alapaha | (d)Weeks Farm Machinery Auction, LLC<br>c/o David L. Bury, Jr.<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA 31201-8256 | End of Label Matrix<br>Mailable recipients   109<br>Bypassed recipients     2<br>Total                 111 |