IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| In re: | : CHAPTER 7 PROCEEDING |
| | : |
| RICKEY S. CARTER | : CASE NO: **19-71228** jtl |
| | : |
| | : |
| Debtor(s) | : |

## AMENDED SCHEDULE C – EXEMPTIONS

COMES NOW the debtor(s), by and through his undersigned attorney, and amends Schedule C of the original Chapter 7 petition by deleting same in its entirety and inserting in lieu thereof the following attached Amended Schedule C.

/s/ Thomas D. Lovett
THOMAS D. LOVETT, Attorney for Debtor(s)
P.O. Box 1164
Valdosta, GA  31603
(229) 242-8838
State Bar No. 459571

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing Amended Schedule C to those listed below. Those not served by the court's electronic filing system were served by electronic mail or by first class mail. This, the 26th day of December, 2019.

Rickey S. Carter
rscarter261@gmail.com

Robert Matson
Ch. 7 Trustee

All parties on Exhibit "A"

THOMAS D. LOVETT
Attorney for Debtor(s)

**Fill in this information to identify your case:**

Debtor 1: Rickey S. Carter
_First Name_  _Middle Name_  _Last Name_

Debtor 2:
(Spouse if, filing)  _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known): 19-71228

☒ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Household goods**<br>Line from *Schedule A/B*: 6.1 | $3,050.00 | ☒ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Electronics**<br>Line from *Schedule A/B*: 7.1 | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **paintings and prints**<br>Line from *Schedule A/B*: 8.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **sports and kayaks**<br>Line from *Schedule A/B*: 9.1 | $275.00 | ☒ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Guns**<br>Line from *Schedule A/B*: 10.1 | $800.00 | ☒ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Debtor 1  Rickey S. Carter

Case number (if known) 19-71228

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Clothes<br>Line from Schedule A/B: 11.1 | $400.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Pocket watch and small gold bar<br>Line from Schedule A/B: 12.1 | $1,600.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| Pocket watch and small gold bar<br>Line from Schedule A/B: 12.1 | $1,600.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| tools and Riding Lawn mower<br>Line from Schedule A/B: 14.1 | $250.00 | ■ $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Cash<br>Line from Schedule A/B: 16.1 | $950.00 | ■ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Checking: The Citizens Bank of Nashville<br>Line from Schedule A/B: 17.2 | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| insurance: Auto Owners Insurance<br>Line from Schedule A/B: 22.1 | $500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Investors Life Insurance Company of North America<br>Beneficiary: Lisa Carter<br>Line from Schedule A/B: 31.4 | $13,826.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Federated Insurance<br>Beneficiary: Lisa S. Carter<br>Line from Schedule A/B: 31.7 | $26,703.07 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(9) |
| Federated Insurance<br>Beneficiary: Lisa S. Carter<br>Line from Schedule A/B: 31.7 | $26,703.07 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Claim for unemployment compensation<br>Line from Schedule A/B: 34.1 | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(A) |

Debtor 1     Rickey S. Carter _____      Case number (if known)    **19-71228**

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

Exhibit "A"

| | | |
|---|---|---|
| United States Attorney<br>Attn: Barbara Parker<br>Post Office Box 1702<br>Macon, GA 31202 | Elizabeth A. Hardy<br>440 Martin Luther King Jr. Blvd.<br>Room 302<br>Macon, GA 31201 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Georgia Attorney General<br>40 Capital Square SW<br>Atlanta, GA 30334 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | U. S. Securities and Exchange Commission<br>Atlanta Regional Office<br>Reorganization Branch<br>950 East Paces Ferry Rd NE., Ste. 900<br>Atlanta, GA 30326-1382 |
| #Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, Suite 9100<br>Atlanta, GA 30345-3205 | A&I Products<br>25639 Network Plance<br>Chicago, IL 60673-1256 | Ag-Pro Companies<br>P.O. Box 95<br>Boston, GA 31626 |
| Alamo Group<br>P.O. Box 840341<br>Dallas, TX 75284-0341 | Alexander's Replacement Parts<br>P.O. Box 28<br>Winnsboro, TX 75494 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Ansung-USA, LLC<br>1402 Dunn Drive Suite 110<br>Carrollton, TX 75006 | Atlantic Qual.<br>P.O. Box 8878<br>Carol Stream, IL 60197-8878 |
| Bad Boy Inc.<br>102 Industrial Drive<br>Batesville, AR 72501 | Bank of Alapaha<br>P.O. Box 45<br>Alapaha, GA 31622 | Basic Software Sytems<br>905 North Kings Highway<br>Texarkana, TX 75501 |
| Bell, Inc.<br>P.O. Box 223<br>Inverness, MS 38753 | Bennett International Logistic<br>P.O. Box 100004<br>McDonough, GA 30253-9304 | Blue Diamond Attachments<br>4512 Anderson Rd.<br>Knoxville, TN 37918 |
| Brown Manufacturing<br>6001 E. Hwy 27<br>Ozark, AL 36360 | Bush Hog, LLC<br>P.O. Box 277213<br>Atlanta, GA 30384-7213 | Card Assets Llc<br>600 W Main<br>Jacksonville, AR 72076 |
| Cathy Walker<br>123 Bonnie Lane<br>Lake Park, GA 31636 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850 |

Cinta Corp #220
P.O. Box 360910
Cincinnati, OH 45263-0910

CNH Capital America LLC
233 Lake Avenue
Racine, WI 53403

CNH Industrial Capital America, LLC
19500 N. 1425 East Rd.
Hudson, IL 61748

Coleman Talley, LLP
c/o Mark Gilbert
P.O. Box 5437
Valdosta, GA 31603

Colonial Life Premium Process
P.O. Box 903
Columbia, SC 29202-0903

Community Coffee Company
P.O. Box 679510
Dallas, TX 75267-9510

Cowart & Son Storage
2317 Old Clyattville RD.
Valdosta, GA 31601

David M. Wolfson, P.C.
c/o Karl Osmus
1010 Williams Street
Valdosta, GA 31601

Davis, Pickren, Seydel & Sneed
c/o Patrick Sneed
285 Peachtree Center Avenue Suite 2300
Atlanta, GA 30303

Diamond Mowers Inc.
P.O. Box 85030
Sioux Falls, SD 57118

Dirt Dog Manufacturing
2405 US 441 South
Commerce, GA 30529

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

Discover Financial
Po Box 15316
Wilmington, DE 19850

Dish Network
PO Box 9033
Littleton, CO 80160

Diversified Financial Services
14010 FNB Pkwy, suite 400
Omaha, NE 68154

EMC Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9225

Engine Power Source
P.O. Box 36190
Rock Hill, SC 29732

Farmers & Merchants Bank
110 Carter St
Lakeland, GA 31635

Fausett Oil Company
P.O. Box 266
Nashville, GA 31639

Gardner of Florida Ltd.
P.O. Box 538176
Atlanta, GA 30353-8176

Georgia Dept. of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd., NE, Suite 9100
Atlanta, GA 30345-3205

Great Plains
P.O. Box 226
Salina, KS 67402-0226

Gulf Coast Turf & Tractor
404 N. Frontage Rd.
Plant City, FL 33563

Henry Mitchem Equipment Co.
P.O. Box 490177
Leesburg, FL 34749-0177

Implement Sales
1574 Stone Ridge Drive
Stone Mountain, GA 30083

John T. McGoldrick, Jr.
Attorney at Law
P.O. Box 1606
Macon, GA 31202

Josh Burke
2116 Dogwood Drive
Valdosta, GA 31602

Kelley Manufacturing Co.
P.O. Drawer 1467
Tifton, GA 31793

Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780

Kubota Credit Corp
Attn: Bankruptcy
Po Box 2046
Grapevine, TX 76099

Kubota Credit Corp
1000 Kubota Dr
Grapevine, TX 76051

Land Pride
P.O. Box 204183
Dallas, TX 75320-4183

Landoll Corporation
P.O. Box 469
Marysville, KS 66508

Lane Shark USA LLC
4600 Highway 97A
Mc David, FL 32568

Langdale Fuel Company
P.O. Box 0746
Valdosta, GA 31603-0746

Lisa Carter
235 Walton Way
Nashville, GA 31639

LMC-AG, LLC
P.O. Drawer 3608
Albany, GA 31706

Loftness Specialized Eq Inc.
P.O. Box 337
Hector, MN 55342

Lovett & Tharpe
P.O. Box 190
Dublin, GA 31040

Mastercraft
333 Southwell Blvd.
Tifton, GA 31794

Monroe Tufline Manufacturing Co.
P.O. Box 7755
Columbus, MS 39705-0004

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

Mr. Cooper
P.O. Box 619098
Dallas, TX 75261-9741

Nashville Tractor, Inc.
807 Tifton Rd.
Nashville, GA 31639

Nichols Tillage Tools, Inc.
312 Hereford Avenue
Sterling, CO 80751

Northside Automotive
P.O. Box 698
Valdosta, GA 31603

Paladin Brands Group, Inc.
7194 Solution Center
Chicago, IL 60677

Ricoh
P.O. Box 740540
Atlanta, GA 30374-0540

Rotary Corporation
P.O. Box 930216
Atlanta, GA 31193

Royal Brass and Hose
P.O. Box 51468
Knoxville, TN 37950-1468

Safety-Kleen Corp.
P.O. Box 650509
Dallas, TX 75265-0509

Shell Credit Card
P.O. Box 183019
Columbus, OH 43218

Southern Marketing Affil.
P.O. Box 2247
Jonesboro, AR 72402

Sparex Inc.
1500 North Raddant Rd.
Batavia, IL 60510

Stihl Southeast, Inc.
2304 W. Taft Vineland Rd.
Orlando, FL 32837

Studstill Firm, LLP
Attn: Danny Studstill
P. O. Box 647
Nashville, GA 31639

Tag Manufacturing, Inc.
P.O. Box 23667
Chattanooga, TN 37422

Tarver Sales
84636 Highway 25
Folsom, LA 70437-5826

The Perry Company
500 S. Valley Mills Drive
Waco, TX 76711

Valmont Industries, Inc.
P.O. Box 96969
Chicago, IL 60693

Vans Equipment Co. Inc.
P.O. Box 3157
Moultrie, GA 31776

VISA
P.O. Box 30131
Tampa, FL 33630-3131

Weeks Farm Machinery Auction, Inc.
c/o Dedra Varnadoe
2186 Sylvester Highway
Moultrie, GA 31768

Wells Fargo Home Mor
Po Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
Attn: Written Correspondence/Bankruptcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306

Windstream
P.O. Box 9001908
Louisville, KY 40290

Woods/Alloway
P.O. Box 91736
Chicago, IL 60693-1736

WR Long, Inc.
P.O. Box 460
Tarboro, NC 27886