**SO ORDERED.**

**SIGNED this 30 day of December, 2019.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 19-71228 JTL |
| ) | |
| RICKEY S. CARTER ) | |
| ) | |
| DEBTOR ) | CHAPTER 7 |

### ORDER ON MOTION TO SURRENDER AND LIQUIDATE LIFE INSURANCE POLICY

It appears the Trustee filed a Motion to Surrender and Liquidate Life Insurance Policy ("Motion") pursuant to 11 U.S.C. § 363(b) on December 3, 2019. It further appears all interested parties were properly notified of the Motion, and no interested party filed a timely response as required by the applicable rules.

It is ORDERED that the Motion is granted.

It is further ORDERED that the Trustee is authorized to surrender and liquidate policy no. XXX062 issued by Federated Life Insurance Company ("Life Insurance Policy") as described in the Motion.

It is further ORDERED that the Trustee is authorized to execute any document necessary to effectuate the liquidation of the Life Insurance Policy including but not limited to the surrender form attached to the Motion.

It is further ORDERED that the fourteen (14) day stay period set forth in Fed.R.Bankr.P. 6004(h) is waived.

## **END OF ORDER**

Order prepared by:
Robert M. Matson
Chapter 7 Trustee
State Bar No. 477102
Akin, Webster & Matson, P.C.
P.O. Box 1773
Macon, GA  31202
(478) 742-1889